# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>vs.<br>Rico Velasco,<br>    Defendant(s). | NO. CR 06-904-TUC-FRZ (JCG)<br>ORDER |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Petition to Revoke Supervised Release[43].

On August 22, 2008, Magistrate Judge Jennifer C. Guerin conducted a hearing and on August 28, 2008 issued her Report and Recommendation. [57] A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that allegations 1, 2 and 3 as outlined in the Petition to Revoke Supervised Release are SUSTAINED. The Court finds by a preponderance of the evidence that Defendant violated the conditions of his supervised release as stated in allegations 1, 2 and 3.

IT IS FURTHER ORDERED that allegations 4, 5 and 6 are DENIED.

Final Disposition hearing set on **Tuesday, October 14, 2008 at 9:00 a.m. is affirmed.**

DATED this 10th day of October, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge